UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN COLEMAN,

        Plaintiff,        Case no. 07-14880
                                   HON. JOHN CORBETT O'MEARA

v.

L.C. EICHENLAUB,

        Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Petitioner's application for writ of habeas corpus is DISMISSED for lack of jurisdiction on the grounds that the claim raised is now moot.

                                                  s/John Corbett O'Meara
                                                United States District Judge

Date: November 20, 2008

<u>Certificate of Service</u>

      I hereby certify that the foregoing order was served upon the parties of record on November 20, 2008, by electronic and/or U.S. mail.

                                        <u>s/William Barkholz</u>
                                        Case Manager